# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 9, 2013

### NO. 03-12-00577-CV

**Appellants, Lewis S. Christian, Jr.; Mark E. Morgan, Sr.; and South Texas Urgent Care Center Corp.// Cross-Appellant, Monroe Medical Management, Inc.**

**v.**

**Appellee, Monroe Medical Management, Inc.// Cross-Appellees, Lewis S. Christian, Jr.; Mark E. Morgan, Sr.; and South Texas Urgent Care Center Corp.**

**APPEAL FROM 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, ROSE, AND GOODWIN
DISMISSED ON JOINT MOTION IN PART; DISMISSED FOR WANT OF
PROSECUTION IN PART -- OPINION BY JUSTICE ROSE**

**THIS DAY** came to be submitted Lewis S. Christian, Jr. and Monroe Medical Management Inc.'s joint agreed motion to dismiss the appeal in the above cause, and the Court having fully considered said motion is of the opinion that same should be granted. **IT IS THEREFORE** ordered that said motion is granted and that the appeal as to them is dismissed. Additionally, Mark E. Morgan, Sr. and South Texas Urgent Care Center Corp. have failed to file a brief, and, accordingly, have failed to prosecute the appeal. **IT IS THEREFORE** ordered that the appeal as to Mark E. Morgan, Sr. and South Texas Urgent Care Center Corp. is dismissed for want of prosecution. It is **FURTHER** ordered that each party shall pay the costs of the appeal incurred by that party, both in this Court and the court below, and that this decision be certified below for observance.